IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

DORATHEA RYE, RICKEY RYE, )
SANTANA SMITH, and )
CARL SMOTHERMAN )
)
v. ) NO. 1:16-0061
)
CANDELARIO CASTILLO and )
SPIRIT TRUCK LINES, INC. )

**O R D E R**

The Third Modified Case Management Order in this case (Docket No. 50) set a telephonic status/case management conference for September 6, 2018. However, since the date of that order, a Fourth Modified Case Management Order was entered (Docket No. 56) and the trial was continued (Docket No. 57). Accordingly, the September 6, 2018 telephonic status/case management conference is CANCELLED. The next scheduled telephonic status/case management conference is August 21, 2019, at 10:00 a.m. *See* Fourth Modified Case Management Order, Docket No. 56 at ¶5. However, any party may request or the Court may set a status/case management conference as needed. Further, the parties are reminded that, should a plea agreement be reached for the pending criminal charges against Defendant Candelario Castillo, the parties must **promptly notify the Court, and by no later than thirty (30) days**, obtain a date for a telephonic status/case management conference to discuss amendment of the scheduling order deadlines, and, if appropriate, rescheduling of the trial. *Id.* at ¶10. Although not specifically addressed previously, the Court also adds the clarification that if Defendant Castillo's criminal

trial is reset or occurs before the currently anticipated schedule of March or April of 2019, the parties must similarly notify the Court by promptly requesting a status conference.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge